Decided July 7, 1999

## TOSHIBA AMERICA MEDICAL SYSTEMS, INC. *v.* MOBILE MEDICAL SYSTEMS, INC., ET AL.

The defendant Paul Petonito's petition for certification for appeal from the Appellate Court, 53 Conn. App. 484 (AC 17755), is denied.

*Christopher M. Royston*, in support of the petition.

Decided July 7, 1999